LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –DIVISION

| | |
|---|---|
| JAMES D. STUMP | No. 2:22-cv-07351-SHK |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED AND FIFTY DOLLARS AND NO/100 ($4,250.) and zero costs subject to the terms of the stipulation.

DATE: 07/10/2023        _____
                                          HON. SHASHI H. KEWALRAMANI
                                          UNITED STATES MAGISTRATE JUDGE